FILE COPY

**CHIEF JUSTICE**
DORI CONTRERAS

**JUSTICES**
GINA M. BENAVIDES
NORA L. LONGORIA
LETICIA HINOJOSA
GREGORY T. PERKES

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
COURTHOUSE ANNEX III
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

Monday, August 19, 2019

Hon. Inna Klein
214th District Court
901 Leopard, Room 902
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-19-00134-CR; 13-19-00135-CR
        Tr.Ct.No.  18FC-4767F; 18FC-2391F
Style:  Justin Jones v. The State of Texas

Dear Sir/Madam:

 Enclosed please find an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

Enc.
cc:     Hon. Larry Christopher Iles (DELIVERED VIA E-MAIL)
        Hon. Mark A. Gonzalez (DELIVERED VIA E-MAIL)
        Hon. Anne Lorentzen (DELIVERED VIA E-MAIL)